NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2009-1437, -1438

### KING PHARMACEUTICALS, INC.
### and KING PHARMACEUTICALS RESEARCH AND DEVELOPMENT, INC.,

Plaintiffs-Appellants,

v.

### EON LABS, INC.,

Defendant-Appellee,

v.

### ELAN PHARMACEUTICALS, INC.,

Counterclaim Defendant-Appellant.

Appeals from the United States District Court for the Eastern District of New York in case no. 04-CV-5540, Senior Judge David G. Trager.

ON MOTION

O R D E R

Upon consideration of the various pending motions for extensions of time to file briefs,

IT IS ORDERED THAT:

King Pharmaceuticals, Inc. et al.'s motion for a 14-day extension of time and Elan Pharmaceuticals, Inc.'s motion for a 14-day extension of time to file their reply briefs are granted. The reply briefs are due no later than February 19, 2010. The other motions for extensions of time are moot.

FOR THE COURT

JAN 2 8 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:   F. Dominic Cerrito, Esq.
      James B. Monroe, Esq.
      Martin B. Pavane, Esq.

s8

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 2 8 2010

JAN HORBALY
CLERK

2009-1437, -1438                    2